UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| JEANNE HULSEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:20-cv-177 |
| ) | |
| BURLINGTON SCHOOL DISTRICT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER CONCERNING EXPERT WITNESS FEES AND EXPENSES

On May 23, 2025, the court held a hearing concerning Defendant's Renewed Motion for Sanctions (Doc. 103). The court GRANTS Defendant's motion in part.

The court orders that plaintiff shall turn over all billing records and expense sheets and other records maintained by the expert Stephanie Seguino concerning her work in this case to defense counsel not later than the close of business, Wednesday, May 28, 2025. The only exception is for a record that reveals information about plaintiff's legal strategy or is otherwise privileged. Those records shall be submitted in hard copy to the court by the close of business, also on May 28, 2025.

The court does not order the exclusion of Dr. Seguino's testimony or other sanctions sought by defendant. But the time is approaching when a more severe response to further delay in providing this information will be appropriate.

The court also orders that both sides file any Daubert motions by June 16, 2025. Once the motions are in, the court will set a half-day hearing at which both sides shall bring their expert witnesses.

Dated at Burlington, in the District of Vermont, this 23rd day of May, 2025.

Geoffrey W. Crawford, Judge
United States District Court