UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| JEANNE HULSEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:20-cv-177 |
| ) | |
| BURLINGTON SCHOOL DISTRICT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER ON IN CAMERA REVIEW

The court has reviewed the two-page summary of time entries maintained by Dr. Seguino. It covers the period April 27, 2022, through May 23, 2025. Plaintiff's counsel proposes to withhold entries after November 17, 2023 (the date of Dr. Seguino's rebuttal report) on the ground that subsequent entries concern communications on matters other than expert reports. The court disagrees. For purposes of potential impeachment, the entire amount paid to any expert is fair game. The entries themselves are completely unrevealing of any strategy or privileged matter. They consist of entries such as "phone consultation" or "new pension calc[ulations]." These disclose no secrets. The summary shall be provided within three (3) business days.

Finally, in order to close the loop on this discussion, the court understands that this time sheet shows all of Dr. Seguino's time charges. In the cover letter to defense counsel accompanying the summary, plaintiff's counsel shall confirm that the court's understanding is correct or say if it is not and provide a complete accounting of all charges submitted by the expert.

Dated at Burlington, in the District of Vermont, this 5th day of June, 2025.

/s/ Geoffrey W. Crawford
District Judge
United States District Court